The motions are granted. All sides shall bear their own costs.

**Grant L. WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF THE**
**ARMY, Respondent.**

No. 05–3041.

United States Court of Appeals,
Federal Circuit.

March 15, 2006.

ON MOTION

*ORDER*

Upon consideration of Grant L. Williams' unopposed motion to voluntarily

dismiss his petition for review, due to settlement,

IT IS ORDERED THAT:

The motion is granted. The petition for review is dismissed.*

---

* No costs assessed by the court because the parties state that they have agreed in the settlement regarding costs.